```
 1  Leo F. Donahue, Esq. - SB#114484
    LEO F. DONAHUE, INC.
 2  11344 Coloma Road, Suite 160
    Gold River, California 95670
 3  Tel: (916) 859-5999
    Fax: (916) 859-5984
 4  donahue@lfdlaw.net

 5  Attorney for Plaintiff
    STEVEN ADAMS
 6
```

**FILED**
MAR - 1 2016
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ADAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LARRY BUCHANAN, ET AL.,<br><br>　　　　Defendants. | CASE NO.2:01-CV-01049-JAM-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS STIPULATED between the parties and the Court may order that:

1. The case, in its entirety, may be dismissed with prejudice; and,

2. Each party will bear its own attorneys fees and costs.

Dated: February 29, 2016         LEO F. DONAHUE, INC.


                                 s/Leo F. Donahue
                                 LEO F. DONAHUE, Esq.
                                 Attorney for Plaintiff,
                                 STEVEN ADAMS


**STIPULATION AND ORDER OF DISMISSAL**        1

1 | Dated: February 29, 2016

```
                                    s/ James T. Anwyl
                                    JAMES T. ANWYL, Esq.
                                    Attorney for Defendants,
                                    LARRY BUCHANAN, ET AL.
```

IT IS SO ORDERED.

Dated: 3-1-2016

*[signature]*
JUDGE OF THE UNITED STATES
DISTRICT COURT

**STIPULATION AND ORDER OF DISMISSAL**        2